THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| RICHARD FLAHERTY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | EDCV 08-00378 RC<br><br>**JUDGMENT OF REMAND**<br><br><br>**NOTE CHANGES MADE BY THE COURT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings with the Order of Remand, Pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: 10/21/2008

                                          /S/ ROSALYN M. CHAPMAN
                                        ROSALYN CHAPMAN
                                        UNITED STATES MAGISTRATE JUDGE